Decided June 25, 1997

JAMES B. IRWIN, SR. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF LITCHFIELD

The petition of the defendant planning and zoning commission of the town of Litchfield and intervening defendant Karen A. Grimes for certification for appeal

from the Appellate Court, 45 Conn. App. 89 (AC 15831), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly (1) reverse the trial court's judgment dismissing the plaintiff's zoning appeal, and (2) remand the case with direction to grant the plaintiff's application for subdivision approval and for a special exception?"

The Supreme Court docket number is SC 15714.

*Gail E. McTaggart* and *Robert L. Fisher, Jr.*, in support of the petition.

*Kenneth R. Slater, Jr.*, in opposition.

Decided June 25, 1997